E-FILED
Wednesday, 09 September, 2009  09:46:14 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| RONDA NULL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 09-cv-1065 |
| | ) |
| PAM GARDNER and TAZEWELL | ) |
| COUNTY, ILLINOIS, | ) |
| | ) |
| Defendants. | ) |

### **O R D E R**

Before the court is Magistrate Judge Cudmore's Report and Recommendation [Doc. 14] on Defendants Pam Gardner's and Tazewell County's Motions to Dismiss filed on March 11, 2009 [Docs. 4 and 7]. The parties have not filed any objections within the ten (10) working days allotted by 28 U.S.C. §636(b)(1). Failure to timely object constitutes a waiver of any objections. See Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999); Video Views, Inc. v. Studio 21 Ltd., 797 F.2d 538 (7th Cir. 1986). Accordingly, this Court ADOPTS the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendants' Motions to Dismiss [Docs. 4 and 7] are DENIED. IT IS FURTHER ORDERED that Plaintiff's Illinois Whistleblower Act claim is DISMISSED WITHOUT PREJUDICE.

Entered this 8th day of September, 2009

s/ Joe B. McDade
JOE BILLY McDADE
United States District Judge